

# ATF Associates
## Fire / Explosion Investigations

**Holland Investigations, Inc.**

1354 Moreland Road
Williamson, Ga. 30292
770-560-1508 & Fax 770-227-7696

The following number must appear
on all related correspondence.

**OFFICE LOCATIONS**

- ATLANTA, GA       (770) 979-1790
- BRUNSWICK, GA     (912) 262-9076
- DUCULA, GA        (678) 714-6555
- WOODSTOCK, GA     (770) 926-6227
- FAYETTEVILLE, GA  (770) 719-4453
- JACKSONVILLE, FL  (904) 287-4441
- RICHMOND, VA      (804) 520-4223
- ORANGE, TX        (409) 882-0906

# INVOICE
Tax ID # 27-2194221

**CASE NUMBER: 6/22/2010 JM**

To:

Auto Owners Insurance Company
111 Arkwright Landing, Suite A
Macon, Georgia 31209
ATTN: Jonathan Waters

Re: Frank Overton

Insured: Frank Overton
Claim Number: 63-2984-10
Loss Location: 708 Milledge Road-Augusta-Ga.
Date of Loss: 6/7/2010

| DATE | HOURS | HOURLY RATE | DESCRIPTION | EXPENSE ITEM | TOTAL |
|---|---|---|---|---|---|
| 06/24/10 | 13.00 | $110 /hr. /hr. | Origin and Cause Investigation<br>Report Preparation, diagrams, copu photos to CD's<br>Technian Helper<br><br>Mileage Miles @ N o Charge 375 | | $1,430.00 |
| | 13.00 | | TOTAL HOURS | SUBTOTAL HOURS | $1,430.00 |
| | | | | SUBTOTAL EXPENSES | |
| | | | | OTHER | |
| | | | | TOTAL | $1,430.00 |

Send all correspondence to:
Holland Investigations, Inc.
1354 Moreland Road
Williamson, Ga. 30292
770-560-1508 & Fax 770-227-7696

**Make Checks Payable to: Holland Investigations, Inc.**

_____   _____
Jimmy Maddox              6/22/2010 JM
Work Performed By            Date



Maddox 5
DEPOSITION
EXHIBIT
MH 1/31/12