IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, as subrogee of Charles and Mary Veazey, <br><br> Plaintiff, <br><br> v. <br><br> FRANK OVERTON d/b/a B&K PAINTING, <br><br> Defendant. | CV 111-116 |

# ORDER

On August 4, 2011, Plaintiff filed suit against Defendant asserting a claim for negligence. (Doc. no. 1.) The parties have now submitted to the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a stipulation of dismissal with prejudice. (Doc. no. 32.)

Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk is **DIRECTED** to **TERMINATE** all deadlines and motions (doc. no. 23), and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 10th day of August, 2012.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA